**Dismiss; and Opinion Filed June 19, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00233-CV

**PROPERTY RISK SERVICES MANAGEMENT, INC., D/B/A RJD PROPERTY SERVICES, AND NTX COMMERCIAL INSURANCE AGENCY, INC., D/B/A TEXAS COMMERCIAL AGENCY, Appellants**

**V.**

**ALLIED WORLD ASSURANCE COMPANY (U.S.) INC., Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-09161**

## MEMORANDUM OPINION
Before Justices Fillmore, Myers, and Evans
Opinion by Justice Fillmore

Stating they no longer wish to pursue the appeal, appellants have filed a motion to dismiss. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*

/Robert M. Fillmore/
150233F.P05           ROBERT M. FILLMORE
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PROPERTY RISK SERVICES
MANAGEMENT, INC., D/B/A RJD
PROPERTY SERVICES, AND NTX
COMMERCIAL INSURANCE AGENCY,
INC., D/B/A TEXAS COMMERCIAL
AGENCY, Appellants

No. 05-15-00233-CV     V.

ALLIED WORLD ASSURANCE
COMPANY (U.S.) INC., Appellee

On Appeal from the 191st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-09161.
Opinion delivered by Justice Fillmore.
Justices Myers and Evans participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Allied World Assurance Company (U.S.) Inc. recover its costs, if any, of this appeal from appellants Property Risk Services Management, Inc. d/b/a RJD Property Services, and NTX Commercial Insurance Agency, Inc., d/b/a Texas Commercial Agency.

Judgment entered this 19th day of June, 2015.